

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00223-CR

_____

DENNIS CHARLES PERRY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th Judicial District Court
Lamar County, Texas
Trial Court No. 23580

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Dennis Charles Perry was convicted of delivery of a controlled substance of less than one gram in a drug free zone,[1] and was sentenced to a period of ten years' confinement. Thereafter, Perry was placed on shock probation and ordered to serve a ten-year period of community supervision. Perry's community supervision was later revoked. Perry appeals the judgment of revocation, and has filed a single brief, in which he raises issues common to each of his appeals.[2] He argues that the trial court abused its discretion in revoking his community supervision and that he was denied due process at the revocation hearing.

We addressed these issues in detail in our opinion of this date on Perry's appeal in cause number 06-11-00222-CR, styled *Dennis Charles Perry v. The State of Texas*. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the judgment of the trial court.

Jack Carter
Justice

Date Submitted: May 14, 2012
Date Decided: May 17, 2012

Do Not Publish

---

[1]TEX. HEALTH & SAFETY CODE ANN. §§ 481.112 (West 2010), 481.134 (West Supp. 2011).

[2]Perry appeals from judgments in cause numbers 06-11-00222-CR and 06-11-00223-CR.